

# Fourth Court of Appeals
## San Antonio, Texas

July 17, 2024

No. 04-24-00066-CV

**IN RE PIONEER ENERGY SERVICES CORP. AND PIONEER DRILLING SERVICES, LTD.**

Original Mandamus Proceeding[1]

**ORDER**

On January 30, 2024, relators filed a petition for writ of mandamus. The real parties in interest filed a response to which relators replied. We CONDITIONALLY GRANT the petition for writ of mandamus and ORDER the Honorable Cynthia Marie Chapa to, within fifteen days of this order: (1) vacate the December 12, 2023 Order on Defendants Pioneer Energy Services, Corp. and Pioneer Drilling Services, Ltd. Motion to Abate; and (2) sign an order granting the June 2, 2023 Motion to Abate by Defendants Pioneer Energy Services Corp. and Pioneer Drilling Services, Ltd. *See* TEX. R. APP. P. 52.8(c). We are confident the trial court will promptly comply; our writ will issue only if we are notified that it does not.

We LIFT our March 15, 2024 stay of proceedings in Cause Number 2022-CI-20075.

It is so **ORDERED** on July 17, 2024.

Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of July, 2024.

Luz Estrada, Chief Deputy Clerk

---

[1] This proceeding arises out of Cause No. 2022-CI-20075, styled *Shonda Bryce, Christian Luna, and Kimberly Luna, Individually and as Next Friend of M.L., a Minor v. Pioneer Energy Services Corp., Pioneer Drilling Services Ltd., EOG Resources, Inc., Tammy Lawhorn as Representative of the Estate of Jonathan Lawhorn, Stephanie Anders, J&J's Bargain Barn, LLC, True Directional Services, LLC and Total Directional Services, LLC*, pending in the 37th Judicial District Court, Bexar County, Texas, the Honorable Cynthia Marie Chapa presiding.